BROWN, A.

v.

BLAINE, C., et al.

**1589 CD 2016**

Commonwealth Court of Pennsylvania.

10/27/2017

Greene County Civil Division, A.D. 194–2002

Vacated/Remanded

COMMONWEALTH

v.

TEETER, R.

**59 CD 2016**

Commonwealth Court of Pennsylvania.

10/31/2017

Schuylkill County Criminal Division, CP–54–MD–0000799–2015

Reversed

FISHBEIN, J.

v.

UCBR

**536 CD 2017**

Commonwealth Court of Pennsylvania.

10/27/2017

Unemployment Compensation Board of Review, B–596041

Affirmed

KUNA, A.

v.

UCBR

**135 CD 2016**

Commonwealth Court of Pennsylvania.

10/31/2017

Unemployment Compensation Board of Review, B–585242

Affirmed